# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| DIAGNOSTIC CHANNEL PARTNERS, LLC § § § <br> v. § § <br> COMMUNITY CARE PARTNERS, § <br> LLC, COMMUNITY DIRECT DX, LLC, § <br> STEVE SOREY, RANDY PHELPS, and § <br> ALAINA VINCENT § | CIVIL ACTION NO. 3:23-CV-1492-S-BK |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendants' Motion to Dismiss with Prejudice [ECF No. 56] is **GRANTED IN PART**.

**SO ORDERED.**

SIGNED February 27, 2024.

_____
**UNITED STATES DISTRICT JUDGE**